United States District Court
for the
Eastern District of New York

| | |
|---|---|
| ONEWEST BANK, N.A.<br><br>                         Plaintiff,<br>   v.<br><br>ERIKA ABREU, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR AMNET MORTGAGE IN LIEU OF TRUE CORPORATE NAME AMERICAN MORTGAGE NETWORK, INC., NEW YORK CITY ENVIRONMENTAL CONTROL BOARD, NEW YORK CITY TRANSIT ADJUDICATION BUREAU, JOHN DOE (being fictitious and unknown to Plaintiff, intended to be tenants, occupants, persons, or corporations having or claiming an interest in or lien encumbering the property described in the Complaint or their heirs at law, distributes, executors, administrators, trustees, guardians, assignees, creditors, or successors.)<br>                         Defendants. | Civil Action No. <u>1:14-cv-03524</u><br><br><br>COMPLAINT |

Plaintiff, by its attorneys Gross Polowy, LLC, for its first cause of action against the Defendants allege as follows:

INTRODUCTION

1.      This action is brought pursuant to New York Real Property Actions and Proceeding Law (RPAPL) Article 13, to foreclose a mortgage encumbering 413 57th Street, Brooklyn, New York 11220, together with the land, buildings, and other improvements located on the property

("the property"). The legal description of the property is attached as Schedule A.

## PARTIES

2. Plaintiff is a National Association with its principal place of business at 888 East Walnut Street, Pasadena, California 91101, the holder of the note secured by the mortgage and the mortgagee, or was delegated authority to institute this mortgage foreclosure action by the owner and holder of the note and mortgage.

3. Defendant Erika Abreu is a citizen of New York, and the owner of the property.

4. Defendant Mortgage Electronic Registration Systems, Inc. as nominee for Amnet Mortgage in lieu of true corporate name American Mortgage Network, Inc. is a corporation or other business entity formed under the laws of New York with its principal place of business in New York, and the holder of a lien encumbering the property, which is subject and subordinate to Plaintiff's mortgage.

5. Defendant New York City Environmental Control Board is a city department existing under the laws of New York with its principal place of business in New York, and the holder of a lien encumbering the property, which is subject and subordinate to Plaintiff's mortgage.

6. Defendant New York City Transit Adjudication Bureau is a city department existing under the laws of New York with its principal place of business in New York, and the holder of possible lien(s) encumbering the property, which is subject and subordinate to Plaintiff's mortgage.

7. Defendants John Doe, the names of whom are unknown to Plaintiff, are citizens of New York, tenants, occupants, persons or corporations, heirs at law, distributes, executors, administrators, trustees, guardians, assignees, creditors or successors whose interest or lien is either subordinate to Plaintiff's mortgage, paid in full, equitably subordinated, or adverse to

Plaintiff's mortgage.

8. The defendant(s) claim an interest or lien encumbering the property, which is either subordinate to Plaintiff's mortgage, or paid in full, equitably subordinated, or adverse to Plaintiff's mortgage. The interest or lien of each defendant is attached as Schedule B.

9. The interest or lien of any governmental entity of the United States, State, City or local government is attached as Schedule C.

## STATEMENT OF JURISDICTION

10. Federal subject matter jurisdiction exists pursuant to 28 USC Section 1332 because complete diversity exists among the defendants and the amount in controversy, without interest and costs, exceeds the $75,000.00.

## VENUE

11. Venue is proper pursuant to 28 USC Section 1391 because the property is located in this District and a substantial part of the events and omissions giving rise to this action occurred in this District.

## FACTUAL BACKGROUND

12. On or about May 3, 2007, Erika Abreu executed and delivered a note whereby Erika Abreu promised to pay the sum of $684,000.00 plus interest on the unpaid amount due.

13. The terms of said note were modified by a Loan Modification Agreement executed by Erika Abreu on October 14, 2011 which increased the principal amount of the note to $750,309.82 with interest on the unpaid balance of the debt.

14. As security for the payment of the note, Erika Abreu duly executed and delivered a mortgage on the property, which was recorded as follows:

Recording Date: June 29, 2007
City Register File No.: 2007000337229

City Register of the City of New York, Kings County

15. The mortgage was assigned to OneWest Bank FSB. OneWest Bank, N.A. is formerly known as OneWest Bank, FSB.

16. Said mortgage was modified by a Loan Modification Agreement executed by Erika Abreu on October 14, 2011 and recorded August 13, 2012 at Instrument No. 2012000317675 in the City register of the City of New York, Kings County which increased the principal amount of the mortgage to $750,309.82. The mortgage tax was paid as required.

17. Erika Abreu failed to make payment in accordance with the terms of the note and mortgage by not making the payment due on September 1, 2013 and subsequent payments. Accordingly, Plaintiff hereby accelerates the payments and declares due the entire amount owed on the note and secured by the mortgage.

18. There is now due and owing on the note and mortgage the following amounts:

First Principal balance: $598,410.52
Deferred Principal balance: $130,768.49
Interest Rate: 2%
Date interest accrues from: August 1, 2013

together with late charges, monies advanced for taxes, assessments, insurance, maintenance, and preservation of the property, and the costs, allowances, expenses of sale, and reasonable attorney's fees for the foreclosure.

19. In order to protect the value of the property and its rights in the property, the Plaintiff may have to pay taxes, assessments, water charges, insurance premiums, and other charges. Plaintiff requests that any amount it pays, together with interest, be included in the total amount due.

20. Plaintiff has complied with the notice provision of the mortgage and RPAPL Section 1304 and filed the information required by RPAPL Section 1306. The mortgage was originated in compliance with all provisions of section 595-a of the New York Banking Law and any rules or regulations promulgated thereunder, and, if applicable, sections 6-l or 6-m of the Banking law.

21. No action was brought to recover any part of the mortgage debt or if any such action is pending final judgment for Plaintiff was not rendered and it is the intent of the Plaintiff to discontinue it.

## AS AND FOR A SECOND CAUSE OF ACTION, PLAINTIFF HEREIN ALLEGES.

22. Plaintiff repeats and re-alleges the allegations contained in paragraphs "1' through "21", as though fully set forth herein.

23. That the recorded loan modification agreement, that is the subject of this action, accurately references the address of the property encumbered by the mortgage as 413 57th Street, Brooklyn, New York 11220.

24. That the legal description in said loan modification agreement contained an error, to wit: the second course incorrectly states "28 feet" and it should state "20 feet" and the description set out before should be substituted to reflect the intent of the parties.

25. Plaintiff hereby requests reformation of the said loan modification agreement recorded August 13, 2012 in CRFN 2012000317675 by Order of this Court as contained in a clause in the Judgment of Foreclosure stating the following.

ORDERED, that the legal description in the mortgage recorded August 13, 2012 in CRFN 2012000317675 is hereby reformed so that the property description reads as follows.

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at a point on the northerly side of 57th Street distant 100 feet easterly from the corner formed by the intersection of the northerly side of 57th Street with the easterly side of 4th Avenue;

RUNNING THENCE northerly parallel with the easterly side of 4th Avenue 100 feet 2 inches;

THENCE easterly parallel with the northerly side of 57th Street 20 feet;

THENCE southerly parallel with the easterly side of 4th Avenue and part of the distance through a party wall 100 feet 2 inches to the northerly side of 57th Street; and
THENCE westerly along the northerly side of 57th Street 20 feet to the point of place of BEGINNING.


WHEREFORE, PLAINTIFF DEMANDS:

a. Judgment determining the amount due Plaintiff for principal, interest, late charges, taxes, assessments, insurance, maintenance and preservation of the property and other similar charges, together with costs, allowances, expenses of sale, reasonable attorney's fees, all with interest.
b. A referee be appointed to sell the property at auction to the highest bidder, in accordance with to RPAPL Article 13.
c. The interest of the defendant(s) and all persons claiming by or through them be foreclosed and their title, right, claim, lien, interest or equity of redemption to the property be forever extinguished.
d. The Plaintiff be paid out of the sale proceeds the amounts due for principal, interest, late charges, taxes, assessments, insurance, maintenance and preservation of the property, and other similar charges, together with costs, allowances, expenses of sale, reasonable attorney's fees, all with interest, and that the sale proceeds be distributed in accordance with to RPAPL Article 13.
e. The property be sold in as is condition, subject to the facts an inspection or accurate survey of the property would disclose, covenants, restrictions, easements and public utility agreements of record, building and zoning ordinances and violations, and the equity of redemption of the United States of America.
f. Plaintiff may purchase the property at the sale.
g. A receiver be appointed for the property, if requested by Plaintiff
h. A deficiency judgment against all obligors on the note, for the amount that remains due after distribution of the sale proceeds, unless the debt was discharged in a bankruptcy,

    be granted if requested by Plaintiff.
i. If the Plaintiff possesses other liens against the property, they not merge with the mortgage being foreclosed and that Plaintiff, as a subordinate lien holder, be allowed to share in any surplus proceeds resulting from the sale.
j. The Court award Plaintiff additional relief that is just, equitable and proper.
k. Awarding the relief requested in the SECOND cause of action stated in the complaint.

Dated: Amherst, New York
May 20, 2014

By:
/s/ Amy E. Polowy, Esq.
Amy E. Polowy, Esq.
Gross Polowy, LLC
Attorneys for Plaintiff
25 Northpointe Parkway, Suite 25
Amherst, NY 14228
Tel.: 716-204-1700

**Schedule A - Legal Description**



1525 Walnut Hill Lane - #300, Irving, TX 75038 PH: 800-678-8016

Client Reference No.: 140084614                    Loan No.:

# SCHEDULE A
# DESCRIPTION OF MORTGAGED PREMISES

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at a point on the northerly side of 57th Street distant 100 feet easterly from the corner formed by the intersection of the northerly side of 57th Street with the easterly side of 4th Avenue;

RUNNING THENCE northerly parallel with the easterly side of 4th Avenue 100 feet 2 inches;

THENCE easterly parallel with the northerly side of 57th Street 20 feet;

THENCE southerly parallel with the easterly side of 4th Avenue and part of the distance through a party wall 100 feet 2 inches to the northerly side of 57th Street; and

THENCE westerly along the northerly side of 57th Street 20 feet to the point or place of BEGINNING.

# Schedule A

## Schedule B-Defendants

Erika Abreu                                   Record owner and original mortgagor

Mortgage Electronic Registration              Holder of a mortgage.
Systems, Inc. as nominee for Amnet
Mortgage in lieu of true corporate name
American Mortgage Network, Inc.,

JOHN DOE                                      Said name being fictitious, the names unknown to
                                              Plaintiff intended to be tenants, occupants, persons
                                              or corporations having or claiming an interest in or
                                              lien upon the property described in the complaint
                                              or their heirs at law, distributees, executors,
                                              administrators, trustees, guardians, assignees,
                                              creditors or successors.

## Schedule C - Defendants

NEW YORK CITY ENVIRONMENTAL  Holder of possible judgments against Erika Abreu,
CONTROL BOARD                 see attached.


NEW YORK CITY TRANSIT         Holder of possible judgments against Erika Abreu,
ADJUDICATION BUREAU           judgments cannot be certified since docket
                              books are missing.

PART 1 OF 2: CASES IN JUDGEMENT
--------------------------------

| RESPONDENT NAME<br>VIOLATION NUMBER | RESPONDENT ADDRESS | ORDER DATE | NOTICE DATE | DOCKET DATE | BALANCE DUE | SATISF/VACAT |
|---|---|---|---|---|---|---|
| ABREU, DOMINGO<br>040370780R | 1340 ST MARKS AVENUE | 11/14/07 | 12/31/07<br>BROOKLYN | 04/08<br>NY 11233 | $300.00 | |
| ABREU, DOMINGO<br>041491379H | 1340 ST MARKS AVENUE | 03/16/09 | 04/30/09<br>BROOKLYN | 07/09<br>NY 11233 | $350.00 | |
| ABREU, DOMINGO<br>041491393Y | 1340 ST MARKS AVENUE | 03/16/09 | 04/30/09<br>BROOKLYN | 07/09<br>NY 11233 | $350.00 | |
| ABREU, DOMINGO<br>041753245J | 1340 ST MARKS AVENUE | 06/26/13 | 08/12/13<br>BROOKLYN | 09/13<br>NY 11233 | $300.00 | |
| ABREU, DOMINGO<br>040463232Z | 1340 ST MARKS AVENUE | 11/17/08 | 01/02/09<br>BROOKLYN | 04/09<br>NY 11233 | $300.00 | |
| ABREU, DOMINGO<br>041796381Y | 1340 ST MARKS AVENUE | 11/21/12 | 01/07/13<br>BROOKLYN | 02/13<br>NY 11233 | $300.00 | |
| ABREU, ELBY<br>0175318909 | 2237 STRANG AVENUE | 03/26/12 | 05/10/12<br>BRONX | 06/12<br>NY 10466 | $300.00 | |
| ABREU, ELISAUL<br>0169787851 | 152 6TH 14W 152 ST | 10/26/09 | 12/10/09<br>NEW YORK | 01/10<br>NY 10031 | $200.00 | |
| ABREU, ERIKA<br>041458030K | 413   57 STREET | 07/15/13 | 08/29/13<br>BROOKLYN | 10/13<br>NY 11220 | $300.00 | |
| ABREU, ERIKA<br>040406744L | 413   57 STREET | 09/18/13 | 11/04/13<br>BROOKLYN | 12/13<br>NY 11220 | $300.00 | |
| ABREU, ERIKA<br>041573907L | 413   57 STREET | 01/28/13 | 03/14/13<br>BROOKLYN | 04/13<br>NY 11220 | $300.00 | |
| ABREU, ERIKA<br>040403524X | 413   57 STREET | 04/20/09 | 06/04/09<br>BROOKLYN | 07/09<br>NY 11220 | $300.00 | |
| ABREU, ERIKA<br>040520487Z | 413   57 STREET | 06/27/07 | 08/13/07<br>BROOKLYN | 10/07<br>NY 11220 | $200.00 | |
| ABREU, ERIKA<br>040410835Z | 413   57 STREET | 08/20/07 | 10/04/07<br>BROOKLYN | 01/08<br>NY 11220 | $300.00 | |
| ABREU, ERIKA<br>040490712L | 413   57 STREET | 06/06/07 | 07/23/07<br>BROOKLYN | 10/07<br>NY 11220 | $200.00 | |
| ABREU, ERIKA<br>0158830367 | 413   57 STREET | 08/27/07 | 10/11/07<br>BROOKLYN | 01/08<br>NY 11220 | $300.00 | |
| ABREU, ERIKA<br>040480415X | 413   57 STREET | 07/16/07 | 08/30/07<br>BROOKLYN | 01/08<br>NY 11220 | $300.00 | |
| ABREU, ERIKA<br>0158020116 | 413   57 STREET | 02/12/07 | 03/29/07<br>BROOKLYN | 07/07<br>NY 11220 | $300.00 | |
| ABREU, ERIKA<br>041310443H | 413   57 STREET | 04/11/11 | 05/26/11<br>BROOKLYN | 07/11<br>NY 11220 | $300.00 | |
| ABREU, ERIKA<br>041656191Z | 413   57 STREET | 11/07/11 | 12/22/11<br>BROOKLYN | 02/12<br>NY 11220 | $300.00 | |
| ABREU, ERIKA<br>041370694R | 413   57 STREET | 02/25/08 | 04/10/08<br>BROOKLYN | 07/08<br>NY 11220 | $300.00 | |
| ABREU, ERIKA<br>041523445K | 413   57 STREET | 10/25/10 | 12/10/10<br>BROOKLYN | 01/11<br>NY 11220 | $300.00 | |
| ABREU, ERIKA<br>0173667268 | 413   57 STREET | 11/01/10 | 12/16/10<br>BROOKLYN | 02/11<br>NY 11220 | $300.00 | |
| ABREU, EVELYN<br>042852084H | 247-02 MEMPHIS AVENUE | 04/19/10 | 06/03/10<br>ROSEDALE | 07/10<br>NY 11422 | $300.00 | |

PART 1 OF 2: CASES IN JUDGEMENT
--------------------------------

| RESPONDENT NAME<br>　VIOLATION NUMBER | RESPONDENT ADDRESS | ORDER DATE | NOTICE DATE | DOCKET DATE | BALANCE DUE | SATISF/VACAT |
|---|---|---|---|---|---|---|
| ABREU DAVID | | 09/14/11 | 10/31/11 | 12/11 | $200.00 | |
| 　040098699J | 535 WEST  151 STREET | | NEW YORK | NY 10031 | | |
| ABREU DAVID | | 09/14/11 | 10/31/11 | 12/11 | $200.00 | |
| 　040098703N | 535 WEST  151 STREET | | NEW YORK | NY 10031 | | |
| ABREU DAVID | | 09/14/11 | 10/31/11 | 12/11 | $200.00 | |
| 　040168263J | 535 WEST  151 STREET | | NEW YORK | NY 10031 | | |
| ABREU DAVID | | 09/14/11 | 10/31/11 | 12/11 | $200.00 | |
| 　040168264L | 535 WEST  151 STREET | | NEW YORK | NY 10031 | | |
| ABREU DAVID | | 09/14/11 | 10/31/11 | 12/11 | $200.00 | |
| 　040098704P | 535 WEST  151 STREET | | NEW YORK | NY 10031 | | |
| ABREU DAVID | | 09/14/11 | 10/31/11 | 12/11 | $200.00 | |
| 　043548348M | 535 WEST  151 STREET | | NEW YORK | NY 10031 | | |
| ABREU DAVID | | 09/14/11 | 10/31/11 | 12/11 | $200.00 | |
| 　043548342L | 535 WEST  151 STREET | | NEW YORK | NY 10031 | | |
| ABREU DAVID | | 09/14/11 | 10/31/11 | 12/11 | $200.00 | |
| 　040098700H | 535 WEST  151 STREET | | NEW YORK | NY 10031 | | |
| ABREU DAVID | | 09/14/11 | 10/31/11 | 12/11 | $200.00 | |
| 　043548349Y | 535 WEST  151 STREET | | NEW YORK | NY 10031 | | |
| ABREU DAVID | | 09/14/11 | 10/31/11 | 12/11 | $200.00 | |
| 　043548350L | 535 WEST  151 STREET | | NEW YORK | NY 10031 | | |
| ABREU DAVID | | 09/14/11 | 10/31/11 | 12/11 | $200.00 | |
| 　043548357Y | 535 WEST  151 STREET | | NEW YORK | NY 10031 | | |
| ABREU DAVID | | 09/14/11 | 10/31/11 | 12/11 | $200.00 | |
| 　043548358X | 535 WEST  151 STREET | | NEW YORK | NY 10031 | | |
| ABREU DAVID | | 09/14/11 | 10/31/11 | 12/11 | $200.00 | |
| 　043548359H | 535 WEST  151 STREET | | NEW YORK | NY 10031 | | |
| ABREU DAVID | | 09/14/11 | 10/31/11 | 12/11 | $200.00 | |
| 　043548360P | 535 WEST  151 STREET | | NEW YORK | NY 10031 | | |
| ABREU DAVID | | 09/14/11 | 10/31/11 | 12/11 | $200.00 | |
| 　043548361R | 535 WEST  151 STREET | | NEW YORK | NY 10031 | | |
| ABREU ERIKA | | 07/18/11 | 09/01/11 | 10/11 | $300.00 | |
| 　041413013J | 413   57 STREET | | BROOKLYN | NY 11220 | | |
| ABREU ERIKA | | 04/11/11 | 05/26/11 | 07/11 | $300.00 | |
| 　040142501K | 413   57 STREET | | BROOKLYN | NY 11220 | | |
| ABREU ERIKA | | 05/24/11 | 07/08/11 | 08/11 | $300.00 | |
| 　041403815M | 413   57 STREET | | BROOKLYN | NY 11220 | | |
| ABREU ERIKA | | 02/11/08 | 03/27/08 | 07/08 | $300.00 | |
| 　041370656X | 413   57 STREET | | BROOKLYN | NY 11220 | | |
| ABREU ERIKA | | 12/01/10 | 01/18/11 | 02/11 | $300.00 | |
| 　041412613Z | 413   57 STREET | | BROOKLYN | NY 11220 | | |
| ABREU ERIKA | | 09/21/10 | 11/05/10 | 12/10 | $300.00 | |
| 　041772276X | 413   57 STREET | | BROOKLYN | NY 11220 | | |
| ABREU ERIKA | | 09/27/10 | 11/12/10 | 12/10 | $300.00 | |
| 　041683980P | 413   57 STREET | | BROOKLYN | NY 11220 | | |
| ABREU ERIKA | | 10/19/10 | 12/03/10 | 01/11 | $300.00 | |
| 　041654167J | 413   57 STREET | | BROOKLYN | NY 11220 | | |
| ABREU ERIKA | | 06/14/10 | 07/29/10 | 09/10 | $300.00 | |
| 　041912163L | 413   57 STREET | | BROOKLYN | NY 11220 | | |

PART 1 OF 2: CASES IN JUDGEMENT
-----------------------------------

| RESPONDENT NAME<br>VIOLATION NUMBER | RESPONDENT ADDRESS | ORDER DATE | NOTICE DATE | DOCKET DATE | BALANCE DUE | SATISF/VACAT |
|---|---|---|---|---|---|---|
| ABREU ERIKA<br>040544093M | 413  57 STREET | 02/01/10 | 03/18/10<br>BROOKLYN | 05/10<br>NY 11220 | $300.00 | |
| ABREU ERIKA<br>041703506N | 413  57 STREET | 09/14/09 | 10/30/09<br>BROOKLYN | 01/10<br>NY 11220 | $300.00 | |
| ABREU ESPINAL, CLARA E<br>0177435812 | 3170 BROADWAY | 04/20/11 | 06/06/11<br>NEW YORK | 07/11<br>NY 10027 | $770.00 | |
| ABREU ESPINAL, CLARA E<br>0177435803 | 3170 BROADWAY | 02/22/11 | 04/08/11<br>NEW YORK | 05/11<br>NY 10027 | $1,100.00 | |
| ABREU ESPINAL, CLARA E<br>0177435500 | 3170 BROADWAY | 02/22/11 | 04/08/11<br>NEW YORK | 05/11<br>NY 10027 | $1,000.00 | |
| ABREU ESPINAL, CLARA E<br>0177435767 | 3170 BROADWAY | 02/22/11 | 04/08/11<br>NEW YORK | 05/11<br>NY 10027 | $1,000.00 | |
| ABREU ESPINAL, CLARA E<br>0177435785 | 3170 BROADWAY | 02/22/11 | 04/08/11<br>NEW YORK | 05/11<br>NY 10027 | $770.00 | |
| ABREU ESPINAL, CLARA E<br>0177435776 | 3170 BROADWAY | 02/22/11 | 04/08/11<br>NEW YORK | 05/11<br>NY 10027 | $400.00 | |
| ABREU ESPINAL, CLARA E<br>0177435794 | 3170 BROADWAY | 02/22/11 | 04/08/11<br>NEW YORK | 05/11<br>NY 10027 | $600.00 | |
| ABREU FRANK<br>040542190P | 98-12  25 AVENUE | 09/30/09 | 11/16/09<br>EAST ELMHURST | 01/10<br>NY 11369 | $1,000.00 | |
| ABREU GISELA RICHARD<br>0154010744 | 616 SHEFFIELD AVENUE | 04/02/07 | 05/17/07<br>BROOKLYN | 10/07<br>NY 11207 | $25.00 | |
| ABREU GROCERY AND DELI CORP<br>0150024079 | 286 EAST  169 STREET | 10/31/05 | 12/15/05<br>BRONX | 04/06<br>NY 10456 | $300.00 | |
| ABREU HOWARD FOOD MARKET<br>041691372L | 155 HOWARD AVENUE | 06/23/08 | 08/07/08<br>BROOKLYN | 10/08<br>NY 11233 | $300.00 | |
| ABREU JASMIN<br>041693054P | 148 PALMETTO STREET | 04/13/10 | 05/28/10<br>BROOKLYN | 07/10<br>NY 11221 | $1,000.00 | |
| ABREU JUAN<br>041503909L | 23 HARMONY LANE | 01/18/11 | 03/04/11<br>GLEN CLOVE | 04/11<br>NY 11542 | $700.00 | |
| ABREU JUNIOR<br>041943983Z | 541 WEST WEST  142 STREET | 08/08/11 | 09/22/11<br>NEW YORK | 11/11<br>NY 10031 | $1,000.00 | |
| ABREU LEONARDO, EDWIN A<br>0182363134 | 107 ELLWOOD STREET | 10/29/13 | 12/16/13<br>NEW YORK | 01/14<br>NY 10040 | $550.00 | |
| ABREU LEONARDO, EDWIN A<br>0182363143 | 107 ELLWOOD STREET | 10/29/13 | 12/16/13<br>NEW YORK | 01/14<br>NY 10040 | $300.00 | |
| ABREU LEONARDO, EDWIN A<br>0182363125 | 107 ELWOOD ST | 10/29/13 | 12/16/13<br>NEW YORK | 01/14<br>NY 10040 | $1,000.00 | |
| ABREU MARIA<br>034516138L | 929 WASHINGTON ST | 11/05/07 | 12/20/07<br>EASTON | 04/08<br>PA 18042 | $2,500.00 | |
| ABREU MARIA DURAN<br>034630888J | 185-11 JAMAICA AVENUE | 10/01/08 | 11/17/08<br>QNS | 01/09<br>NY 11423 | $400.00 | |
| ABREU MINI MARKET INC<br>0153834670 | 202-19 JAMAICA AVENUE | 08/15/06 | 09/29/06<br>HOLLIS | 01/07<br>NY 11423 | $300.00 | |
| ABREU MINI MART INC<br>041000848M | 202-19 JAMAICA AVENUE | 08/13/07 | 09/27/07<br>HOLLIS | 01/08<br>NY 11423 | $300.00 | |
| ABREU MINI-MARKET<br>040674197M | 202-19 JAMAICA AVENUE | 10/12/10 | 11/26/10<br>HOLLIS | 01/11<br>NY 11423 | $300.00 | |

PART 1 OF 2: CASES IN JUDGEMENT
--------------------------------

| RESPONDENT NAME / VIOLATION NUMBER | RESPONDENT ADDRESS | ORDER DATE | NOTICE DATE | DOCKET DATE | BALANCE DUE | SATISF/VACAT |
|---|---|---|---|---|---|---|
| ABREU401CORP | | 07/31/06 | 09/14/06 | 01/07 | $300.00 | |
| 040120081X | 41 ST NICHOLAS TERRACE | | NEW YORK | NY 10027 | | |
| ABREV, CANDY | | 04/21/10 | 06/07/10 | 07/10 | $24,000.00 | |
| 034835173P | 3604 WILLETT AVENUE | | BRONX | NY 10467 | | |
| ABREV, CANDY | | 05/05/08 | 06/19/08 | 10/08 | $25.00 | |
| 0159738839 | 3604 WILLETT AVENUE | | BRONX | NY 10467 | | |
| ABREV, CANDY | | 04/21/08 | 06/05/08 | 10/08 | $25.00 | |
| 0159746740 | 3604 WILLETT AVENUE | | BRONX | NY 10467 | | |
| ABREV, ERIKA | | 01/08/07 | 02/22/07 | 07/07 | $170.00 | |
| 0157430397 | 413   57 STREET | | BROOKLYN | NY 11220 | | |
| ABREV, ERIKA | | 03/24/08 | 05/08/08 | 07/08 | $300.00 | |
| 0160180828 | 413   57 STREET | | BROOKLYN | NY 11220 | | |
| ABREV, GERVANIA | | 10/31/05 | 12/15/05 | 04/06 | $25.00 | |
| 0150021300 | 3351 WALLACE AVENUE | | BRONX | NY 10467 | | |
| ABREV, GERVANIA | | 10/16/06 | 11/30/06 | 04/07 | $300.00 | |
| 0151565976 | 3351 WALLACE AVENUE | | BRONX | NY 10467 | | |
| ABREV, ISRAEL | | 07/17/06 | 08/31/06 | 01/07 | $350.00 | |
| 0101344147 | 104-04   32 AVENUE | | EAST ELMHURST | NY 11369 | | |
| ABREV, ISRAEL | | 09/05/06 | 10/20/06 | 01/07 | $50.00 | |
| 0146587899 | 104-04 32 AVE BSMT | | FLUSHING | NY 11369 | | |
| ABREV, JOANNA | | 10/14/08 | 11/28/08 | 04/09 | $300.00 | |
| 0161046757 | 186 MILFORD STREET | | BROOKLYN | NY 11208 | | |
| ABREV-RAMOS, LISSETTE | | 11/20/06 | 01/04/07 | 04/07 | $450.00 | |
| 0154991421 | 92-16 WHITNEY AVENUE | | ELMHURST | NY 11373 | | |
| ABREW EVELYN | | 03/16/09 | 04/30/09 | 07/09 | $1,000.00 | |
| 042280773M | 164 AUTUMN AVENUE | | BROOKLYN | NY 11208 | | |
| ABREW P.JONES P.C. | | 05/07/12 | 06/21/12 | 08/12 | $1,000.00 | |
| 011312070P | 200-15 LINDEN BOULEVARD | | | 11412 | | |
| ABREY, ANGEL | | 07/31/06 | 09/14/06 | 01/07 | $300.00 | |
| 0151672429 | 2075 LACOMBE AVENUE | | BRONX | NY 10473 | | |
| ABREY, FELIX | | 09/15/08 | 10/30/08 | 01/09 | $25.00 | |
| 0161046582 | 54 CRESCENT STREET | | BROOKLYN | NY 11208 | | |
| ABREY, GERVANIA | | 11/13/06 | 12/28/06 | 04/07 | $300.00 | |
| 0154984895 | 3351 WALLACE AVENUE | | BRONX | NY 10467 | | |
| ABREY, ISRAEL | | 09/25/06 | 11/09/06 | 01/07 | $10,000.00 | |
| 0134768839 | 39 STAKUM | | NEW YORK | NY 00000 | | |
| ABREY, PABEU | | 12/04/06 | 01/18/07 | 04/07 | $300.00 | |
| 0156310047 | 3351 WALLACE AVENUE | | BRONX | NY 10467 | | |
| ABREY, SHAWNETTE | | 01/06/14 | 02/20/14 | 04/14 | $300.00 | |
| 0178257027 | 1177 PUTNAM AVENUE | | BROOKLYN | NY 11221 | | |
| ABREY, VICTOR | | 03/12/07 | 04/26/07 | 07/07 | $300.00 | |
| 0158206429 | 1968 MORRIS AVENUE | | BRONX | NY 10453 | | |
| ABREY, VINCENTE | | 10/24/05 | 12/08/05 | 04/06 | $300.00 | |
| 0145570260 | 245 WARWICK STREET | | BROOKLYN | NY 11207 | | |
| ABRHAM KITWANA C/O A JOHN | | 06/14/10 | 07/29/10 | 09/10 | $300.00 | |
| 0171443113 | 112 WASHINGTON AVENUE | | BROOKLYN | NY 11205 | | |
| ABRIADADA, ENRIQUE | | 06/01/10 | 07/16/10 | 09/10 | $600.00 | |
| 0176726386 | 235 E 196TH ST APSD | | BRONX | NY 10458 | | |

PART 1 OF 2: CASES IN JUDGEMENT
--------------------------------

| RESPONDENT NAME / VIOLATION NUMBER | RESPONDENT ADDRESS | ORDER DATE | NOTICE DATE | DOCKET DATE | BALANCE DUE | SATISF/VACAT |
|---|---|---|---|---|---|---|
| ABRRU, EDILBERTO 042533595L | 821 EAST 223 STREET | 04/11/11 | 05/26/11 BRONX | 07/11 NY 10466 | $300.00 | |
| ABRRU, EDILBERTO 042916981H | 821 EAST 223 STREET | 09/12/11 | 10/27/11 BRONX | 12/11 NY 10466 | $25.00 | |
| ABRRU, EDILBERTO 042988951J | 821 EAST 223 STREET | 11/07/11 | 12/22/11 BRONX | 02/12 NY 10466 | $300.00 | |
| ABRRU, EDILBERTO 043123666Y | 821 EAST 223 STREET | 08/29/11 | 10/13/11 BRONX | 11/11 NY 10466 | $300.00 | |
| ABRRU, EDILBERTO 042547468X | 821 EAST 223 STREET | 01/13/14 | 02/27/14 BRONX | 04/14 NY 10466 | $300.00 | |
| ABRRU, EDILBERTO 043991062N | 821 EAST 223 STREET | 10/28/13 | 12/12/13 BRONX | 01/14 NY 10466 | $300.00 | |
| ABRRU, EDILBERTO 0171054328 | 821 EAST 223 STREET | 09/08/09 | 10/23/09 BRONX | 01/10 NY 10466 | $25.00 | |
| ABRRU, EDILBERTO 042511777P | 821 EAST 223 STREET | 09/08/09 | 10/23/09 BRONX | 01/10 NY 10466 | $300.00 | |
| ABRRU, EDILBERTO 043049193K | 821 EAST 223 STREET | 07/01/13 | 08/15/13 BRONX | 09/13 NY 10466 | $300.00 | |
| ABRRU, EDILBERTO 042998628Z | 821 EAST 223 STREET | 08/26/13 | 10/10/13 BRONX | 11/13 NY 10466 | $300.00 | |
| ABRRU, EDILBERTO 042919564K | 821 EAST 223 STREET | 04/08/13 | 05/23/13 BRONX | 07/13 NY 10466 | $300.00 | |
| ABRRU, EDILBERTO 043196596P | 821 EAST 223 STREET | 05/06/13 | 06/20/13 BRONX | 08/13 NY 10466 | $300.00 | |
| ABRRU, EDILBERTO 043152609K | 821 EAST 223 STREET | 11/30/09 | 01/14/10 BRONX | 04/10 NY 10466 | $300.00 | |
| ABRRU EDILBERTO 042901986P | 821 EAST 223 STREET | 12/29/08 | 02/13/09 BRONX | 04/09 NY 10466 | $300.00 | |
| ABRRU EDILBERTO 043151509Z | 821 EAST 223 STREET | 02/23/09 | 04/09/09 BRONX | 07/09 NY 10466 | $300.00 | |
| ABRRU EDILBERTO 042932229J | 821 EAST 223 STREET | 05/12/08 | 06/26/08 BRONX | 10/08 NY 10466 | $300.00 | |
| ABRS CHECK CASHING CORP 040402281X | 946 4 AVENUE | 05/05/08 | 06/19/08 BROOKLYN | 10/08 NY 11232 | $25.00 | |
| ABRS CHECK CASHING CORP 040402282H | 946 4 AVENUE | 05/05/08 | 06/19/08 BROOKLYN | 10/08 NY 11232 | $100.00 | |
| ABRS CHECK CASHING CORP 041953203H | 1271 RALPH AVENUE | 08/25/09 | 10/09/09 BROOKLYN | 01/10 NY 11236 | $100.00 | |
| ABRU, SANTIAGO 0169500248 | 1153 GRAND CONCOURSE | 11/22/11 | 01/06/12 BRONX | 02/12 NY 10452 | $100.00 | |
| ABRUA, RAMON 0123868425 | 849 FLUSHING AVENUE | 08/21/06 | 10/05/06 BROOKLYN | 01/07 NY 11206 | $1,000.00 | |
| ABRUE, ERIKA 0152529888 | 413 57 STREET | 01/03/07 | 02/20/07 BROOKLYN | 07/07 NY 11220 | $153.00 | |
| ABRUE ORTEGA, CIRO 0123323164 | 1839 DR M L KING JR BOULEVARD | 11/18/05 | 01/03/06 BRONX | 04/06 NY 10453 | $200.00 | |
| ABRUE ORTEGA, CIRO 0123323155 | 187 UNIVERSITY AVE | 11/18/05 | 01/03/06 BRONX | 04/06 NY 10453 | $200.00 | |