UNITED STATES DISTRICT COURT OF NEW YORK
EASTERN DISTRICT

AFFIDAVIT OF SERVICE



*2280669*

Index no :1:14-CV-03524-DLI-JO

| Plaintiff(s): | **ONEWEST BANK, NA** |
|---|---|
| Defendant(s): | **ERIKA ABREU, ET AL** |

STATE OF NEW YORK
COUNTY OF SUFFOLK     ss.:

**Alan S. Feldman**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the STATE OF NEW YORK.

On **07/08/2014** at **5:40 AM**, I served the within **1303 NOTICE-Help for Homeowners in Foreclosure in bold fourteen-point type and printed on colored paper, and the title to the notice printed in twenty-point type in compliance with RPAPL Sect 1303.; DEBT VALIDATION LETTER; CERTIFICATE OF MERIT; SUMMONS IN A CIVIL ACTION AND COMPLAINT Bearing Index Number 1:14-CV-03524-DLI-JO and date of filing of 06/05/2014** on **ERIKA ABREU** at **77 KERMIT PLACE, BASEMENT, BROOKLYN, NY 11218** in the manner indicated below:

SUITABLE AGE: By delivering a true copy of said documents to **ALEX PENA, HUSBAND,** a person of suitable age and discretion. Said premises is **defendant's** place of residence within the state.

On **07/10/2014**, deponent enclosed a copy of above mentioned documents to **ERIKA ABREU** at said **defendant's** Place of Residence, at 77 KERMIT PLACE,BASEMENT,BROOKLYN, NY ,11218 in a 1st Class postpaid properly addressed envelope not indicating that the mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office.

Comments: **2 STORY RESIDENCE**

A description of the **defendant**, or other person served on behalf of the **defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Tan | Black | 36 | 5ft8in-5ft11in | 200-224 lbs |
| Other Features: **TATTOO ON RIGHT ARM** | | | | | |

Your deponent asked the above mentioned recipient whether the **defendant** was active in the military service and received a negative reply. Upon information and belief I have; being based on the conversations and observations above narrated, **defendant** is not active in the military service.

Sworn to and subscribed before me on  7-11-14

Notary Public,

ILIANA JAZMIN WOLLNEY
Notary Public, State of New York
NO. 01WO6246283
Qualified in Suffolk County
Commission Expires Aug. 8, 2015

X _____
Alan S. Feldman
License#: 0946641
Alstate Process Service Inc.
60 Burt Drive
Deer Park,NY 11729
631/667-1800

GROSS POLOWY, LLC (F)
25 NORTHPOINTE PARKWAY
AMHERST,NY 14228
716/204-1700

Atty File#: 300342 ALS

*2288669*



UNITED STATES POSTAL SERVICE. Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

**FROM:**

ALSTATE

60 BURT DRIVE

DEER PARK, NY 11729

AF

**TO:**

ERIKA ABREU,

77 KERMIT PLACE BASEMENT,

BROKLYN, NY 11218






*2280669*

# Affidavit of Service by Mail
**PURSUANT TO CPLR 3215**

**UNITED STATES DISTRICT COURT OF NEW YORK**
**EASTERN DISTRICT**

| | |
|---|---|
| ONEWEST BANK, NA<br><br>-against-<br><br>ERIKA ABREU, ET AL | Att File: 300342 ALS<br>Internal Id: 2280669<br>Index: 1:14-CV-03524-DLI-JO<br>S & C Filed: 06/05/2014 |

State of New York
County of Suffolk    ss.:

**ALAN S. FELDMAN** being duly sworn, deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

That on **July 10, 2014** Deponent mailed a copy of the **SUMMONS and 1303 Notice** in this action on those defendants listed below by first class mail in an envelope bearing the legend "personal and confidential" and not indicating on the outside of the envelope that the communication is from an attorney or concerns an alleged debt.

Defendant(s):    ERIKA ABREU
77 KERMIT PLACE BASEMENT, BROOKLYN, NY 11218

Said mailing(s) was made to the Defendant(s) place of residence.

The foregoing statements are true, under penalty of perjury.

Sworn to before me on :  7-11-14

ALAN S. FELDMAN

ILIANA JAZMIN WOLLNEY
Notary Public, State of New York
NO. 01WO6246283
Qualified in Suffolk County
Commission Expires Aug. 8, 2015

Alstate Process Service Inc. - 60 Burt DriveDeer Park, NY11729 - Tel: 631/667-1800 - Fax: 631/667-0302
GROSS POLOWY, LLC (F) - 25 NORTHPOINTE PARKWAY AMHERST, NY 14228 716/204-1700